IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KRISTEN TERRELL & JAMES FOSTER,** each individually and on behalf of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　　v.<br>**AMPEX BRANDS PH OF DALLAS, INC. d/b/a/ PIZZA HUT,**<br><br>　　　　Defendant. | **Case No. 3:20-cv-03582-E**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Kristen Terrell and James Foster, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismiss their claims against AMPEX Brands PH of Dallas, Inc. without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FORESTER HAYNIE PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/ M. Black-Mathews*
　　　　　　　　　　　　　　　　　　　　**Meredith Mathews**
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24055180
　　　　　　　　　　　　　　　　　　　　**Jay Forester**
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24087532
　　　　　　　　　　　　　　　　　　　　400 N. St. Paul St., Suite 700
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214)　210-2100 phone
　　　　　　　　　　　　　　　　　　　　(214)　346-5909 fax
　　　　　　　　　　　　　　　　　　　　jay@foresterhaynie.com
　　　　　　　　　　　　　　　　　　　　mmatthews@foresterhaynie.com

        **Joe P. Leniski, Jr.\* (TN BPR #022891)**
        BRANSTETTER, STRANCH & JENNIGS, PLLC
        223 Rosa Parks Ave. Suite 200
        Nashville, TN 37203
        Telephone: 615/254-8801
        Facsimile: 615/225-5419
        Email: joeyl@bsjfirm.com
        \*to be admitted *Pro Hac Vice*

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically served on all counsel of record.

        /s/ *M. Black-Mathews*_____
        **Meredith Black-Mathews**